OPINION — AG — "SEVERAL OF THE DIVISIONS OF THE STATE DEPARTMENT OF EDUCATION RECEIVE FEDERAL FUNDS TO BE DISBURSED BY THAT DIVISION UNDER THE DIRECTION OF THE STATE BOARD OF EDUCATION. AMONG THESE FUNDS IS THAT WHICH IS RECEIVED IN VOCATIONAL REHABILITATION, VOCATIONAL EDUCATION, INDIAN EDUCATION, NATIONAL DEFENSE EDUCATION AND SCHOOL LUNCH". CAN THIS DISBURSEMENT OF SUCH FUNDS ON VOUCHERS IS SUBJECT TO THE PROVISIONS OF 62 O.S.H. 7.2 (J. H. JOHNSON) (DISBURSEMENT)